Slip Op. 19-91

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JINDAL POLY FILMS LIMITED OF INDIA (A.K.A. JINDAL POLY FILMS, LTD. (INDIA)), <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Mark A. Barnett, Judge <br><br> Court No. 18-00038 |

## **JUDGMENT**

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now, in conformity with that opinion it is hereby

**ORDERED** that the final results of the administrative review of the antidumping duty order on polyethylene terephthalate film, sheet, and strip from India, *see Polyethylene Terephthalate Film, Sheet, and Strip from India*, 83 Fed. Reg. 6,162 (Dep't Commerce Feb. 13, 2018) (final results of antidumping duty admin. review; 2015-2016), as further modified by Final Results of Redetermination Pursuant to Court Remand, ECF No. 49-1, are **SUSTAINED**; and it is further

**ORDERED** that the subject entries enjoined in this action, *see* Order for Statutory Inj. Upon Consent (Mar. 1, 2018), ECF No. 10, must be liquidated in accordance with

Court No. 18-00038                                                                                               Page 2

the final court decision, including all appeals, as provided for in section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2012).

                                                                          /s/      Mark A. Barnett
                                                                                      Judge

Dated: July 23, 2019
          New York, New York